**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (BLS) |
| | : | |
| Debtor. | : | |
| | : | |
| Michael Goldberg, as Liquidating Trustee of | : | |
| the Woodbridge Liquidation Trust, | : | **MEDIATION STATUS REPORT** |
| successor in interest to the estates of | : | |
| Woodbridge Group of Companies, et al., | : | |
| | : | |
| Plaintiff, | : | Adv. Proc. No.: 19-50756 (BLS) |
| v. | : | |
| | : | |
| Christ Temple Baptist Church, | : | |
| | : | |
| Defendants. | | |

        In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

\_\_\_\_\_        Mediation sessions are scheduled to occur on

\_\_\_\_\_        A mediation session needs to be scheduled, but the mediator has been
                unable to arrange a date and time.

\_\_X\_\_        OTHER:  The mediator is working with the parties to re-schedule
                mediation sessions.


Dated: March 15, 2021                    _/s/ Ian Connor Bifferato_
                                         Ian Connor Bifferato (DE #3273)
                                         The Bifferato Firm P.A.
                                         1007 N. Orange Street, 4th Floor
                                         Wilmington, DE  19801